An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
STEFAN M. PALYS, BAR NO. 11434.

No. 65161

**FILED**

APR 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### *ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION*

This is a petition by bar counsel pursuant to SCR 111(4) concerning attorney Stefan Palys. The petition is based on Palys's conviction in Scottsdale City Court, Scottsdale, Arizona, pursuant to his guilty plea, of first-offense driving under the influence, a class 1 misdemeanor. Palys reported his conviction to bar counsel as required by SCR 111(2). Because Palys's conviction is not one of those specifically discussed in SCR 111(6)-(8) as a "serious" crime requiring suspension and automatic referral to the disciplinary board, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

The gravity of drinking and driving cannot be minimized; however, Palys's misdemeanor driving under the influence conviction is not the type of offense for which professional discipline is typically imposed. *See* 2 Geoffrey C. Hazard, Jr., W. William Hodes & Peter R. Jarvis, *The Law of Lawyering* § 65.4 (3d ed. 2012); *In re Respondent I*, 2 Cal. State Bar Ct. Rptr. 260, 266 n.6, 272 (Rev. Dept. 1993).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-11590

Accordingly, having considered the petition and the supporting documentation, we conclude that Palys's offense does not warrant the imposition of a temporary suspension or referral to the disciplinary board at this time.

It is so ORDERED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc:    David A. Clark, Bar Counsel
       State Bar of Nevada/Las Vegas
       Stefan M. Palys